No. 71–1027. BAKER ET AL. *v.* NELSON. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 71–1132. MAYOR OF BALTIMORE ET AL. *v.* SILVER ET UX. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 71–1445. SPECTER, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY *v.* TUCKER, SECRETARY OF THE COMMONWEALTH, ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 71–1530. RETZA *v.* FORTUNE. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of substantial federal question.

No. 71–1681. SURETY SAVINGS & LOAN ASSN. *v.* WISCONSIN DEPARTMENT OF TRANSPORTATION, DIVISION OF HIGHWAYS. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 72–61. SNOHOMISH COUNTY BOARD OF EQUALIZATION ET AL. *v.* WASHINGTON STATE DEPARTMENT OF REVENUE ET AL. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 72–88. MESA VERDE CO. *v.* BOARD OF COUNTY COMMISSIONERS OF MONTEZUMA COUNTY ET AL. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.